In the Matter of the Claim of CHARLES GOLDSTEIN, Respondent, against PHILIP COHEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of Field* v. *Charmette K. F. Co.* (245 N. Y. 139). Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.